In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-238 CV


____________________



IN RE DENARIUS GUILLORY






Original Proceeding






 MEMORANDUM OPINION


 On May 19, 2008, relator Denarius Guillory filed a petition for writ of mandamus, in
which he sought to compel the trial court to rule on his motion for judgment nunc pro tunc. 
We requested a response from the State. On June 11, 2008, the State filed a response. On
June 18, 2008, the State filed a supplemental response. Attached to the State's supplemental
response was a June 16, 2008, order in which the trial court denied Guillory's motion for
judgment nunc pro tunc. Therefore, this original proceeding is moot.

 Accordingly, we deny the petition for writ of mandamus without prejudice and
without regard to the merits of the issues raised in the petition.

 PETITION DENIED.

 PER CURIAM

Submitted on June 11, 2008

Opinion Delivered June 26, 2008 


Before McKeithen, C.J., Gaultney and Horton, JJ.